UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BRUNDIGE, W. ROBERT § Case No. 11-51798
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/20/2012 in Courtroom 250,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2012           By: Kenneth S. Gardner
                                       Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
BRUNDIGE, W. ROBERT § Case No. 11-51798
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 77.53 | $ 0.00 | $ 77.53 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,327.53 |
| Remaining Balance | | $ | 3,672.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,713.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 2,154.89 | $ 0.00 | $ 364.47 |
| 000002 | GE Capital Retail Bank | $ 1,551.80 | $ 0.00 | $ 262.46 |
| 000003 | GE Capital Retail Bank | $ 592.48 | $ 0.00 | $ 100.21 |
| 000004 | GE Capital Retail Bank | $ 723.49 | $ 0.00 | $ 122.37 |
| 000005 | Nordstrom fsb | $ 271.44 | $ 0.00 | $ 45.91 |
| 000006 | FIA CARD SERVICES, N.A. | $ 3,822.82 | $ 0.00 | $ 646.57 |
| 000007 | American Express Centurion Bank | $ 3,292.47 | $ 0.00 | $ 556.87 |
| 000008 | American Express Centurion Bank | $ 8,235.62 | $ 0.00 | $ 1,392.93 |
| 000009 | Capital One, N.A. | $ 1,068.23 | $ 0.00 | $ 180.68 |

Total to be paid to timely general unsecured creditors      $         3,672.47

Remaining Balance                                          $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                                         Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
W. Robert Brundige  
    Debtor

Case No. 11-51798-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ccabrales     Page 1 of 3     Date Rcvd: Nov 21, 2012  
                      Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2012.

```
db         +W. Robert Brundige,    1230 South Street,    Geneva, IL 60134-2535
19248643    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18309933   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18309936   +Barneys Ny Cred Co,    1201 Valley Brook Ave,    Lyndhurst, NJ 07071-3509
18309937   +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19419082    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18309938   +Cbna,    Po Box 769006,    San Antonio, TX 78245-9006
18309939   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18309941   +Chicago Die Casting MFG Co.,    9148 King St.,    Franklin Park, IL 60131-2188
19184088    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18309942   +Ford Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
18309946  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850)
18309947   +Hsbc/Neimn,    Po Box 15221,    Wilmington, DE 19850-5221
18309949    JPMorgan Chase Bank, NA,    Sugar Grove LPO,    489 N Illinois Rt 47,    Sugar Grove, IL 60554
18309948   +John C. Brundige,    3S152 Bliss Rd,    Sugar Grove, IL 60554-9619
18309952   +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
18309953  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19078065    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2012 02:33:49
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
19125827    E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2012 02:23:26     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18309943   +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:28:40     Gecrb/Amazon,    Po Box 981400,
             El Paso, TX 79998-1400
18309944   +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:22:38     Gecrb/Banana Rep,    Po Box 981400,
             El Paso, TX 79998-1400
18309945   +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:28:39     Gecrb/Paypal Smart Con,
             Po Box 981064,    El Paso, TX 79998-1064
18589590    E-mail/Text: ECF@SHERMETA.COM Nov 22 2012 04:02:54     JPMorgan Chase Bank, N.A.,
             c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
18309950   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2012 02:09:33     Kohls/Capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18309951   +E-mail/Text: bnc@nordstrom.com Nov 22 2012 02:09:35     Nordstrom Fsb,    Po Box 6555,
             Englewood, CO 80155-6555
19130011   +E-mail/Text: bnc@nordstrom.com Nov 22 2012 02:09:35     Nordstrom fsb,    P.O. Box 6566,
             Englewood, CO 80155-6566
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19305853*    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18309934*   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18309940*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18309935   ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales            Page 2 of 3              Date Rcvd: Nov 21, 2012
                              Form ID: pdf006            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: ccabrales              Page 3 of 3                  Date Rcvd: Nov 21, 2012
                               Form ID: pdf006              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
              Jay L Dahl    on behalf of Debtor W. Brundige Jaydahllaw@gmail.com
              Joseph  Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Michael L Sherman    on behalf of Creditor  Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4